FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2014 OCT 28  PM 1: 03

WILLIAM W. BLEVINS
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 14-149 |
| v. | * | SECTION: "MAG" |
| RICHARD WILLIAMS | * | |

\* \* \*

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE LANCE M. AFRICK, UNITED STATES DISTRICT JUDGE FOR THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA:

The petition of the United States of America, appearing herein through Brandon Long, Assistant United States Attorney for the Eastern District of Louisiana, respectfully shows to this Court:

That **RICHARD WILLIAMS, B/M, DOB: 02/14/1976,** is now confined in Orleans Parish Prison, New Orleans, Louisiana, in the custody of the Sheriff of Orleans Parish Prison, being in custody under the authority of the State of Louisiana in accordance with the laws thereof.

This petition avers that the said **RICHARD WILLIAMS** is charged in the United States District Court for the Eastern District of Louisiana with a violation of Title 21, United States Code, Section 841(a)(1), Possession with the Intent to Distribute a Controlled Substance, and that it is necessary for the said **RICHARD WILLIAMS** to appear for his initial appearance in the United States District Court for the Eastern District of Louisiana on or before the 31st day of **October,**

___Fee _____
___Process _____
_X_ Dktd _____
___CtRmDep _____
___Doc. No. _____

**2014** at **10:00 a.m.**, before United States District Judge Lance M. Africk after which **RICHARD WILLIAMS** is to remain in the custody of the U.S. Marshal until resolution of federal charges pending against him, and thereafter is to be returned to the custody of the Orleans Parish Prison.

**WHEREFORE**, petitioner prays that this Honorable Court do forthwith order a writ of habeas corpus ad prosequendum to issue from this Court to the Sheriff of Orleans Parish Prison, requiring him to surrender the body of the said **RICHARD WILLIAMS** to Drug Enforcement Administration (DEA) Special Agent Chad Scott or one of his authorized deputies, or to any other DEA Special Agent, or one of his authorized deputies, to be thereafter produced by said Special Agent in the United States District Court for the Eastern District of Louisiana on the **31st day of October, 2014** at **10:00 a.m.**, before United States District Judge Lance M. Africk after which **RICHARD WILLIAMS** is to remain in the custody of the U.S. Marshal until resolution of federal charges pending against him, and thereafter is to be returned to the custody of the Orleans Parish Prison.

Respectfully submitted,

KENNETH ALLEN POLITE, JR.
UNITED STATES ATTORNEY

_____
BRANDON LONG
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3106
E-mail: brandon.long@usdoj.gov